**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>ECTOR COUNTY ENERGY CENTER LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10320 (JTD) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 13, 2022 AT 3:00 P.M. (ET)**

> **This hearing will be conducted entirely over Zoom and will require all participants
> to register in advance. All individuals participating must register at least 2 hours
> prior to the hearing at the provided link.**
>
> **Registration Link:**
> **https://debuscourts.zoomgov.com/meeting/register/vJItduqvpjovGPsbcXQXjbunpa8Lk1Z8Xnk**

**VOLUNTARY PETITION**

1.     Ector County Energy Center LLC

**FIRST DAY DECLARATION**

2.     Declaration of John Baumgartner, Chief Restructuring Officer, in Support of Chapter 11 Petition, First Day Motions, and Related [Docket No. 2; Filed: 4/11/2022]

**MATTERS GOING FORWARD**

3.     Application of Debtor for Entry of an Order Authorizing the Retention and Appointment of Donlin, Recano & Company, Inc. as Claims and Noticing Agent for the Debtor Effective as of the Petition Date [Docket No. 3; Filed: 4/11/2022]

   Status:     The Debtor has received informal comments from the Office of the United States Trustee and is working to resolve those comments in revised forms of order. This matter will go forward.

---

[1]  The last four digits of the Debtor's federal tax identification are 6852.  The Debtor's mailing address is One South Wacker Drive, Suite 1900, Chicago, IL, 60606, and the Debtor has a principal place of business at 8200 OB Holt Road, Goldsmith, Ector County, Texas, 79761.  More information about the Debtor and this case is available on the website maintained by Donlin, Recano & Company, Inc., the Debtor's proposed claims and noticing agent, at www.donlinrecano.com/ecec, or can be requested by e-mail at ececinfo@donlinrecano.com.

4.      Motion of Debtor for Interim and Final Orders (i) Authorizing Debtor to (a) Continue Existing Cash Management System, and (b) Maintain Existing Bank Accounts and Business Forms; (iii) Waiving Requirements of 11 U.S.C. § 345(b); and (iii) Granting Related Relief [Docket No. 4; Filed: 4/11/2022]

   Status:      The Debtor has received informal comments from the Office of the United States Trustee and is working to resolve those comments in revised forms of order. This matter will go forward on an interim basis.

5.      Motion of Debtor for Entry of Interim and Final Orders (i) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Utility Services, (ii) Approving Proposed Adequate Assurance of Payment to Utility Providers and Authorizing Debtor to Provide Additional Assurance, (iii) Establishing Procedures to Resolve Requests for Additional Assurance and (iv) Granting Related Relief [Docket No. 5; Filed: 4/11/2022]

   Status:      The Debtor has received informal comments from the Office of the United States Trustee and is working to resolve those comments in revised forms of order. This matter will go forward on an interim basis.

6.      Motion of Debtor for Entry of Interim and Final Orders (i) Authorizing the Debtor to Use Cash Collateral, (ii) Granting Adequate Protection to Prepetition Secured Lenders, (iii) Modifying the Automatic Stay, (iv) Scheduling a Final Hearing, and (v) Granting Related Relief [Docket No. 6; Filed: 4/11/2022]

   Status:      The Debtor has received informal comments from the Office of the United States Trustee and the agent to the cash collateral lenders and is working to resolve those comments in revised forms of order. This matter will go forward on an interim basis.

83014321.1

Dated:  April 12, 2022
       Wilmington, Delaware

Respectfully submitted,

*/s Christopher A. Ward*_____

**POLSINELLI PC**
Christopher A. Ward (Del. Bar No. 3877)
Michael V. DiPietro (Del Bar No. 6781)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: 302-252-0920
Facsimile: 302-252-0921
cward@polsinelli.com
mdipietro@polsinelli.com

-and-

**HOLLAND & KNIGHT LLP**
John J. Monaghan (*pro hac vice* admission pending)
Lynne B. Xerras (*pro hac vice* admission pending)
Kathleen M. St. John (*pro hac vice* admission pending)
10 St. James Avenue
Boston, MA 02116
Telephone: 617-523-2700
Facsimile: 617-523-6850
bos-bankruptcy@hklaw.com

-and-

David W. Wirt (*pro hac vice* admission pending)
Phillip W. Nelson (*pro hac vice* admission pending)
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Telephone: 312-263-3600
Facsimile: 312-578-6666
david.wirt@hklaw.com
phillip.nelson@hklaw.com

*Proposed Counsel for the Debtor and
Debtor in Possession*