# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ECTOR COUNTY ENERGY CENTER LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10320 (JTD)<br><br>**Objection Deadline: May 2, 2022 at 4:00 p.m.**<br>**Hearing Date: May 9, 2022 at 2:00 p.m.**<br>**Re: Docket Nos. 5 and 79** |

**NOTICE OF (A) ENTRY OF INTERIM ORDER (I) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING UTILITY SERVICES, (II) APPROVING PROPOSED ADEQUATE ASSURANCE OF PAYMENT TO UTILITY PROVIDERS AND AUTHORIZING DEBTOR TO PROVIDE ADDITIONAL ASSURANCE, (III) ESTABLISHING PROCEDURES TO RESOLVE REQUESTS FOR ADDITIONAL ASSURANCE AND (IV) GRANTING RELATED RELIEF, AND (B) FINAL HEARING**

**PLEASE TAKE NOTICE** that on April 11, 2022, the above-captioned debtor and debtor in possession (the "**Debtor**") filed the *Motion of Debtor for Entry of Interim and Final Orders (i) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Utility Services, (ii) Approving Proposed Adequate Assurance of Payment to Utility Providers and Authorizing Debtor to Provide Additional Assurance, (iii) Establishing Procedures to Resolve Requests for Additional Assurance and (iv) Granting Related Relief* [Docket No. 5] (the "**Utilities Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on April 18, 2022, the Bankruptcy Court entered the *Interim Order (i) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Utility Services, (ii) Approving Proposed Adequate Assurance of Payment to*

---

[1] The last four digits of the Debtor's federal tax identification are 6852. The Debtor's mailing address is One South Wacker Drive, Suite 1900, Chicago, IL, 60606, and the Debtor has a principal place of business at 8200 OB Holt Road, Goldsmith, Ector County, Texas, 79761. More information about the Debtor and this case is available on the website maintained by Donlin, Recano & Company, Inc., the Debtor's proposed claims and noticing agent, at www.donlinrecano.com/ecec, or can be requested by e-mail at ececinfo@donlinrecano.com.

*Utility Providers and Authorizing Debtor to Provide Additional Assurance, (iii) Establishing Procedures to Resolve Requests for Additional Assurance and (iv) Granting Related Relief* [Docket No. 79] (the "**Interim Order**").  A copy of the Interim Order is being served contemporaneously with this notice.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Interim Order, objections, if any, to entry of an order approving the Utilities Motion on a final basis must be filed with the Bankruptcy Court on or before **May 2, 2022 at 4:00 p.m. (ET)** (the "**Objection Deadline**") and served so as to be actually received by the Objection Deadline upon (a) proposed counsel the Debtor, (i) Holland & Knight LLP, 10 St. James Street, Boston, Massachusetts 02116, Attn: John Monaghan, Esq. (john.monaghan@hklaw.com), Lynne Xerras, Esq. (lynne.xerras@hklaw.com), and Kathleen St. John, Esq. (kathleen.stjohn@hklaw.com) and (ii) Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, Attn: Christopher Ward, Esq. (cward@polsinelli.com) and Michael DiPietro, Esq. (mdipietro@polsinelli.com); (b) counsel to the Agent and the Ad Hoc Group, (i) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Brian Resnick, Esq. (brian.resnick@davispolk.com) and Joshua Sturm, Esq. (joshua.sturm@davispolk.com) and (ii) Richards, Layton & Finger, P.A., Attn: Mark D. Collins, Esq. (collins@rlf.com); (c) counsel to be selected by any Committee upon its formation by such date; and (d) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Juliet Sarkessian, Esq. (juliet.m.sarkessian@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider final approval of the Utilities Motion will be held virtually on **May 9, 2022 at 2:00 p.m. (ET)** before the Honorable John T. Dorsey, at the Bankruptcy Court, 824 N. Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801. Only those objections timely filed and received in accordance with this notice will be considered at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE UTILITIES MOTION WITHOUT FURTHER NOTICE OR HEARING.**

*[remainder of page intentionally left blank]*

Dated:  April 19, 2022
        Wilmington, Delaware

Respectfully submitted,

*/s Christopher A. Ward*_____
**POLSINELLI PC**
Christopher A. Ward (Del. Bar No. 3877)
Michael V. DiPietro (Del Bar No. 6781)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: 302-252-0920
Facsimile: 302-252-0921
cward@polsinelli.com
mdipietro@polsinelli.com

-and-

**HOLLAND & KNIGHT LLP**
John J. Monaghan (admitted *pro hac vice*)
Lynne B. Xerras (admitted *pro hac vice*)
Kathleen M. St. John (admitted *pro hac vice*)
10 St. James Avenue
Boston, MA 02116
Telephone: 617-523-2700
Facsimile: 617-523-6850
john.monaghan@hklaw.com
lynne.xerras@hklaw.com
kathleen.stjohn@hklaw.com

-and-

David W. Wirt (admitted *pro hac vice*)
Phillip W. Nelson (admitted *pro hac vice*)
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Telephone: 312-263-3600
Facsimile: 312-578-6666
david.wirt@hklaw.com
phillip.nelson@hklaw.com

*Proposed Counsel for the Debtor and Debtor in Possession*