**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ECTOR COUNTY ENERGY CENTER LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10320 (JTD) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MAY 9, 2022 AT 2:00 P.M. (ET)**

> **This hearing will be conducted entirely over Zoom and will require all participants to register in advance. All individuals participating must register at least 2 hours prior to the hearing at the provided link.**
>
> **Registration Link:**
> **https://debuscourts.zoomgov.com/meeting/register/vJIsde2tqzwuEs7feKf95tUdRp5n2iLDhi4**

## RESOLVED/CONTINUED MATTERS

1.  Motion of Debtor for Entry of Interim and Final Orders (i) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Utility Services, (ii) Approving Proposed Adequate Assurance of Payment to Utility Providers and Authorizing Debtor to Provide Additional Assurance, (iii) Establishing Procedures to Resolve Requests for Additional Assurance and (iv) Granting Related Relief [Docket No. 5; Filed: 4/11/2022]

    Objection Deadline:    May 2, 2022 at 4:00 p.m.

    Related Document(s):

    a)  Declaration of John Baumgartner, Chief Restructuring Officer, in Support of Chapter 11 Petition, First Day Motions, and Related [Docket No. 2; Filed: 4/11/2022]

    b)  Interim Order (i) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Utility Services, (ii) Approving Proposed Adequate Assurance of Payment to Utility Providers and Authorizing Debtor to Provide Additional Assurance, (iii) Establishing Procedures to Resolve

---

[1] The last four digits of the Debtor's federal tax identification are 6852. The Debtor's mailing address is One South Wacker Drive, Suite 1900, Chicago, IL, 60606, and the Debtor has a principal place of business at 8200 OB Holt Road, Goldsmith, Ector County, Texas, 79761. More information about the Debtor and this case is available on the website maintained by Donlin, Recano & Company, Inc., the Debtor's proposed claims and noticing agent, at www.donlinrecano.com/ecec, or can be requested by e-mail at ececinfo@donlinrecano.com.

      Requests for Additional Assurance and (iv) Granting Related Relief [Docket No. 79; Entered: 4/18/2022]

   c) Notice of (A) Entry of Interim Order (i) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Utility Services, (ii) Approving Proposed Adequate Assurance of Payment to Utility Providers and Authorizing Debtor to Provide Additional Assurance, (iii) Establishing Procedures to Resolve Requests for Additional Assurance and (iv) Granting Related Relief, and (B) Final Hearing [Docket No. 80; Filed: 4/19/2022]

   d) Certification of Counsel Regarding Final Order (i) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Utility Services, (ii) Approving Proposed Adequate Assurance of Payment to Utility Providers and Authorizing Debtor to Provide Additional Assurance, (iii) Establishing Procedures to Resolve Requests for Additional Assurance and (iv) Granting Related Relief [Docket No. 122; Filed: 5/4/2022]

   e) Final Order (i) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Utility Services, (ii) Approving Proposed Adequate Assurance of Payment to Utility Providers and Authorizing Debtor to Provide Additional Assurance, (iii) Establishing Procedures to Resolve Requests for Additional Assurance and (iv) Granting Related Relief [Docket No. 123; Entered: 5/5/2022]

 Response(s) Received:

   a) Informal response from the Office of the United States Trustee

 Status: An order has been entered. No hearing is necessary.

2. Motion of Debtor for Entry of Order (I) Authorizing the Debtor to Continue to Perform Under Shared Services Agreements, (II) Authorizing Payment of Post-Petition Obligations Accruing Under Shared Services Agreements, and (III) Granting Related Relief [Docket No. 34; Filed: 4/12/2022]

 Objection Deadline: May 2, 2022 at 4:00 p.m.

 Related Document(s):

   a) Notice of Motion of Debtor for Entry of Order (I) Authorizing the Debtor to Continue to Perform Under Shared Services Agreements, (II) Authorizing Payment of Post-Petition Obligations Accruing Under Shared Services Agreements, and (III) Granting Related Relief [Docket No. 77; Filed: 4/14/2022]

Response(s) Received:

    a)     Omnibus Objection of Direct Energy Business Marketing, LLC to Debtor's (I) Motion to Use Cash Collateral and Grant Adequate Protection, (II) Bid Procedures Motion, and (III) Shared Services Motion [Docket No. 118; Filed: 5/2/2022]

    b)     Informal response from the Office of the United States Trustee

Status:     This matter has been continued to the next omnibus hearing scheduled for May 31, 2022 at 11:00 a.m.

## MATTERS GOING FORWARD

3. Motion of Debtor for Interim and Final Orders (i) Authorizing Debtor to (a) Continue Existing Cash Management System, and (b) Maintain Existing Bank Accounts and Business Forms; (iii) Waiving Requirements of 11 U.S.C. § 345(b); and (iii) Granting Related Relief [Docket No. 4; Filed: 4/11/2022]

    Objection Deadline:     May 2, 2022 at 4:00 p.m.

    Related Document(s):

    a)     Declaration of John Baumgartner, Chief Restructuring Officer, in Support of Chapter 11 Petition, First Day Motions, and Related [Docket No. 2; Filed: 4/11/2022]

    b)     Interim Order (I) Authorizing Debtor to (A) Continue Existing Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms; (II) Waiving Certain Requirements of 11 U.S.C. § 345(b); and (III) Granting Related Relief [Docket No. 69; Entered: 4/13/2022]

    c)     Notice of (A) Entry of (I) Interim Order Authorizing Debtor to (A) Continue Existing Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms; (II) Waiving Certain Requirements of 11 U.S.C. § 345(b); and (III) Granting Related Relief, and (B) Final Hearing [Docket No. 74; Filed: 4/14/2022]

    Response(s) Received:

    a)     Informal response from the Office of the United States Trustee

Status:     Counsel for the Debtor is working to resolve the response from the Office of the United States Trustee and intends to file a proposed form of second interim order under certification of counsel in advance of the hearing. This matter will go forward.

4.     Motion of Debtor for Entry of Interim and Final Orders (i) Authorizing the Debtor to Use Cash Collateral, (ii) Granting Adequate Protection to Prepetition Secured Lenders, (iii) Modifying the Automatic Stay, (iv) Scheduling a Final Hearing, and (v) Granting Related Relief [Docket No. 6; Filed: 4/11/2022]

        Objection Deadline:        May 2, 2022 at 4:00 p.m.

        Related Document(s):

            a)    Declaration of John Baumgartner, Chief Restructuring Officer, in Support of Chapter 11 Petition, First Day Motions, and Related [Docket No. 2; Filed: 4/11/2022]

            b)    Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [Docket No. 71; Entered: 4/14/2022]

            c)    Notice of (A) Entry of Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief, and (B) Final Hearing [Docket No. 75; Filed: 4/14/2022]

            d)    Notice of Proposed Final Order Authorizing the Debtor to (I) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Lenders, (III) Modifying Automatic Stay, and (IV) Granting Related Relief [Docket No. 120; Filed: 5/4/2022]

        Response(s) Received:

            a)    Omnibus Objection of Direct Energy Business Marketing, LLC to Debtor's (I) Motion to Use Cash Collateral and Grant Adequate Protection, (II) Bid Procedures Motion, and (III) Shared Services Motion [Docket No. 118; Filed: 5/2/2022]

            b)    Informal responses from the Office of the United States Trustee and Ector CAD

        Status:    Counsel for the Debtor intends to file a proposed form of second interim order under certification of counsel in advance of the hearing. This matter will go forward.

5.     Motion of the Debtor for Orders (I)(A) Authorizing Debtor's Entry Into Asset Purchase Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Authorizing and Approving a Break-Up Fee and Reduced Break-Up Fee, (E) Approving the Notice Procedures, and (F) Setting a Date for the Sale Hearing; and (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All

Liens, Claims, Encumbrances and Interests, and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 7; Filed: 4/11/2022]

<u>Bid Procedures Objection Deadline</u>:    May 2, 2022 at 4:00 p.m.

<u>Related Document(s)</u>:

- a) Declaration of Alexander Svoyskiy in Support of Motion of the Debtor for Orders (I)(A) Authorizing Debtor's Entry Into Asset Purchase Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Authorizing and Approving a Break-Up Fee and Reduced Break-Up Fee, (E) Approving the Notice Procedures, and (F) Setting a Date for the Sale Hearing; and (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 8; Filed: 4/11/2022]

- b) Notice of Motion of the Debtor for Orders (I)(A) Authorizing Debtor's Entry Into Asset Purchase Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Authorizing and Approving a Break-Up Fee and Reduced Break-Up Fee, (E) Approving the Notice Procedures, and (F) Setting a Date for the Sale Hearing; and (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 76; Filed: 4/14/2022]

<u>Response(s) Received</u>:

- a) Omnibus Objection of Direct Energy Business Marketing, LLC to Debtor's (I) Motion to Use Cash Collateral and Grant Adequate Protection, (II) Bid Procedures Motion, and (III) Shared Services Motion [Docket No. 118; Filed: 5/2/2022]

- b) Informal responses from the Office of the United States Trustee, Electric Reliability Council of Texas, Inc., and the Prepetition Secured Lenders

<u>Status</u>:    This matter will go froward with respect to approval of bidding procedures.

6. Motion of Debtor for Entry of Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Docket No. 97; Filed: 4/25/2022]

<u>Objection Deadline</u>:    May 2, 2022 at 4:00 p.m. (extended for the Office of the United States Trustee)

Related Document(s):    None at this time.

Response(s) Received:

    a)    Informal response from the Office of the United States Trustee

Status:    Counsel for the Debtor is working to resolve the response from the Office of the United States Trustee and intends to file a revised proposed form of order under certification of counsel in advance of the hearing. This matter will go forward.

Dated: May 5, 2022
Wilmington, Delaware

Respectfully submitted,

*/s Christopher A. Ward*_____
**POLSINELLI PC**
Christopher A. Ward (Del. Bar No. 3877)
Michael V. DiPietro (Del. Bar No. 6781)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: 302-252-0920
Facsimile: 302-252-0921
cward@polsinelli.com
mdipietro@polsinelli.com

-and-

**HOLLAND & KNIGHT LLP**
John J. Monaghan (admitted *pro hac vice*)
Lynne B. Xerras (admitted *pro hac vice*)
Kathleen M. St. John (admitted *pro hac vice*)
10 St. James Avenue
Boston, MA 02116
Telephone: 617-523-2700
Facsimile: 617-523-6850
john.monaghan@hklaw.com
lynne.xerras@hklaw.com
kathleen.stjohn@hklaw.com

-and-

David W. Wirt (admitted *pro hac vice*)
Phillip W. Nelson (admitted *pro hac vice*)
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Telephone: 312-263-3600
Facsimile: 312-578-6666
david.wirt@hklaw.com
phillip.nelson@hklaw.com

*Proposed Counsel for the Debtor and Debtor in Possession*