IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ECTOR COUNTY ENERGY CENTER LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10320 (JTD) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF KINGS      )

I, Roderick Wong, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 10th day of May, 2022, DRC, at my direction and under my supervision, caused to serve the following documents:

   a. *Application of Debtor for Order Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code Authorizing the Employment and Retention of Crowell & Moring LLP as Special Litigation Counsel for Debtor and Debtor-In-Possession (ET)* (Docket No. 139); and

   b. *Motion of Debtor for an Order (I) Authorizing the Debtor to Continue its Insurance Program and Pay All Prepetition Obligations with Respect Thereto; and (II) Granting Related Relief* (Docket No. 140),

   via electronic mail upon the parties as set forth on Exhibit 1; and via First Class U.S. Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1] The last four digits of the Debtor's federal tax identification are 6852. The Debtor's mailing address is One South Wacker Drive, Suite 1900, Chicago, IL, 60606, and the Debtor has a principal place of business at 8200 OB Holt Road, Goldsmith, Ector County, Texas, 79761. More information about the Debtor and this case is available on the website maintained by Donlin, Recano & Company, Inc., the Debtor's proposed claims and noticing agent, at www.donlinrecano.com/ecec, or can be requested by e-mail at ececinfo@donlinrecano.com.

4.  On the 10th day of May, 2022, DRC, at my direction and under my supervision, caused to serve the *Motion of Debtor for an Order (I) Authorizing the Debtor to Continue its Insurance Program and Pay All Prepetition Obligations with Respect Thereto; and (II) Granting Related Relief* (Docket No. 140), via electronic mail upon the parties as set forth on Exhibit 3; and via First Class U.S. Mail upon the parties as set forth on Exhibit 4, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 16th day of May, 2022, Brooklyn, New York.

By _____
Roderick Wong

Sworn before me this
16th day of May, 2022

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

# EXHIBIT 1

| | | | |
|---|---|---|---|
| 000064P001-1487S-017<br>A2FALLS ON BULL CREEK, LLC<br>HILLARD MARTINEZ GONZALEZ LLP<br>MICHAEL E RICHARDSON ESQ<br>719 S SHORELINE BLVD<br>CORPUS CHRISTI TX 78401<br>MRICHARDSON@HMGLAWFIRM.COM | 000061P002-1487S-017<br>ADVANCED TURBINE SUPPORT<br>CHRIS MCGINLEY<br>6280 SW 103RD ST<br>GAINESVILLE FL 32608<br>CMCGINLEY@ADVANCEDTURBINESUPPORT.COM | 000062P001-1487S-017<br>AON RISK SVC CENTRAL, INC<br>200 E RANDOLPH<br>12TH FL<br>CHICAGO IL 60601<br>PETER.J.SMITH@AON.COM | 000052P002-1487S-017<br>BAYARD, P.A.<br>ERIN R FAY;MARIA KOTSIRAS<br>600 NORTH KING STREET<br>SUITE 400<br>WILMINGTON DE 19801<br>EFAY@BAYARDLAW.COM |
| 000052P002-1487S-017<br>BAYARD, P.A.<br>ERIN R FAY;MARIA KOTSIRAS<br>600 NORTH KING STREET<br>SUITE 400<br>WILMINGTON DE 19801<br>MKOTSIRAS@BAYARDLAW.COM | 000044P001-1487S-017<br>BRACEWELL LLP<br>MARK E DENDINGER<br>CITYPLACE I<br>185 ASYLUM ST, 34TH FLOOR<br>HARTFORD CT 06103<br>MARK.DENDINGER@BRACEWELL.COM | 000045P001-1487S-017<br>BRACEWELL LLP<br>RYAN S HOLCOMB<br>711 LOUISIANA ST<br>SUITE 2300<br>HOUSTON TX 77002<br>RYAN.HOLCOMB@BRACEWELL.COM | 000079P001-1487S-017<br>BRACEWELL LLP<br>JONATHAN LOZANO<br>111 CONGRESS AVE.,STE 2300<br>AUSTIN TX 78701-4061<br>JONATHAN.LOZANO@BRACEWELL.COM |
| 000065P001-1487S-017<br>BUTLER, BARBARA<br>THE MANGINELLO LAW FIRM PLLC<br>RALPH P MANGINELLO ESQ<br>1776 YORKTOWN<br>STE 450<br>HOUSTON TX 77056<br>RALPH@ATTY911.COM | 000057P002-1487S-017<br>CONTROLLED FLUIDS, INC<br>JESSE JORDAN CFO<br>PO BOX 22859<br>BEAUMONT TX 77720-2859<br>JESSEJ@CONFLUIDS.COM | 000038P001-1487S-017<br>CROWELL & MORING LLP<br>S. STARLING MARSHALL<br>590 MADISON AVE<br>20TH FLOOR<br>NEW YORK NY 10055-2544<br>SMARSHALL@CROWELL.COM | 000039P001-1487S-017<br>CROWELL & MORING LLP<br>GARY A STAHL<br>590 MADISON AVE<br>20TH FLOOR<br>NEW YORK NY 10055-2544<br>GSTAHL@CROWELL.COM |
| 000040P001-1487S-017<br>CROWELL & MORING LLP<br>JAMIE M. ZEEVI<br>590 MADISON AVE<br>20TH FLOOR<br>NEW YORK NY 10055-2544<br>JZEEVI@CROWELL.COM | 000031P001-1487S-017<br>DAVIS POLK AND WARDWELL LLP<br>BRIAN M RESNICK<br>450 LEXINGTON AVE<br>NEW YORK NY 10017<br>BRIAN.RESNICK@DAVISPOLK.COM | 000032P001-1487S-017<br>DAVIS POLK AND WARDWELL LLP<br>STELLA LI<br>450 LEXINGTON AVE<br>NEW YORK NY 10017<br>STELLA.LI@DAVISPOLK.COM | 000033P001-1487S-017<br>DAVIS POLK AND WARDWELL LLP<br>JOSHUA STURM<br>450 LEXINGTON AVE<br>NEW YORK NY 10017<br>JOSHUA.STURM@DAVISPOLK.COM |
| 000014P001-1487S-017<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000004P001-1487S-017<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000055P001-1487S-017<br>DIRECT ENERGY BUSINESS MARKETING LLC<br>QUINN EMANUEL URQUHART AND SULLIVAN LLP<br>CHRISTOPHER D KERCHER ESQ<br>51 MADISON AVE<br>NEW YORK NY 10010<br>CHRISTOPHERKERCHER@QUINNEMANUEL.COM | 000037P001-1487S-017<br>ECTOR COUNTY ENERGY CENTER LLC<br>GRANT THORNTON LLP<br>JOHN D BAUMGARTNER, CRO<br>700 MILAM STREET<br>SUITE 300<br>HOUSTON TX 77002<br>JOHN.BAUMGARTNER@US.GT.COM |
| 000056P002-1487S-017<br>EDWARD RESTORATION LLC<br>DBA SERPRO OF SOUTHWEST RALEIGH ETC<br>SKELTON SLUSHER BARNHILL PLLC<br>SCOTT C SKELTON<br>1616 S CHESTNUT<br>LUFKIN TX 75901<br>SSKELTON@SKELTONSLUSHER.COM | 000066P002-1487S-017<br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC<br>LEGAL DEPT - CHAD V. SEELY<br>7620 METRO CTR DR<br>AUSTIN TX 78744-1654<br>CHAD.SEELY@ERCOT.COM | 000034P001-1487S-017<br>ERCOT<br>CHAD V SEELY<br>VP AND GENERAL COUNSEL<br>7620 METRO CTR DR<br>AUSTIN TX 78744<br>CHAD.SEELY@ERCOT.COM | 000034P001-1487S-017<br>ERCOT<br>CHAD V SEELY<br>VP AND GENERAL COUNSEL<br>7620 METRO CTR DR<br>AUSTIN TX 78744<br>JULIANA.MOREHEAD@ERCOT.COM |

| | | | |
|---|---|---|---|
| 000034P001-1487S-017<br>ERCOT<br>CHAD V SEELY<br>VP AND GENERAL COUNSEL<br>7620 METRO CTR DR<br>AUSTIN TX 78744<br>ERICA.KANE@ERCOT.COM | 000058P001-1487S-017<br>GENERAL ELECTRIC INTERNATIONAL, INC<br>GE POWER GENERATION SVC<br>REGION GENERAL MANAGER<br>4200 WILDWOOD PKWY<br>ATLANTA GA 30339<br>MAUDETTE.RICHARDS@GE.COM | 000067P001-1487S-017<br>JAEHNE, AUGUST INDIVIDUALLY ETC ET AL<br>ARNOLD AND ITKIN<br>JASON A ITKIN ESQ<br>6009 MEMORIAL DR<br>HOUSTON TX 77007<br>JITKIN@ARNOLDITKIN.COM | 000067P001-1487S-017<br>JAEHNE, AUGUST INDIVIDUALLY ETC ET AL<br>ARNOLD AND ITKIN<br>JASON A ITKIN ESQ<br>6009 MEMORIAL DR<br>HOUSTON TX 77007<br>E-SERVICE@ARNOLDITKIN.COM |
| 000060P003-1487S-017<br>JAMERSON, DIANE ET AL.<br>RAD LAW FIRM<br>DARYOUSH TOOFANIAN<br>8001 LYNDON B. JOHNSON FWY<br>SUITE 300<br>DALLAS TX 75251<br>dtoofanian@radlawfirm.com | 000060P003-1487S-017<br>JAMERSON, DIANE ET AL.<br>RAD LAW FIRM<br>DARYOUSH TOOFANIAN<br>8001 LYNDON B. JOHNSON FWY<br>SUITE 300<br>DALLAS TX 75251<br>efileDT@radlawfirm.com | 000068P001-1487S-017<br>JONES, AMBREA AND TIMOTHY JONES, JR ETC ET AL<br>SPAGNOLETTI LAW FIRM<br>FRANCIS SPAGNOLETTI ESQ<br>401 LOUISIANA ST<br>EIGHTH FL<br>HOUSTON TX 77022<br>FRANK@SPAGLAW.COM | 000087P001-1487S-017<br>JULIET SARKESSIAN<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>211 EAST MEADE ST<br>PHILADELPHIA PA 19118<br>JULIET.M.SARKESSIAN@USDOJ.GOV |
| 000086P001-1487S-017<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DON STECKER<br>112 E PECAN ST.,STE 2200<br>SAN ANTONIO TX 78205<br>SANANTONIO.BANKRUPTCY@LGBS.COM | 000063P002-1487S-017<br>LONGHORN INSULATION, INC<br>ROGER MONTEMAYOR<br>PO BOX 70440<br>ODESSA TX 79769<br>ROGER@LONGHORNINSULATION.COM | 000069P001-1487S-017<br>MEZA, COLINDA INDIVIDUALLY ETC, ET AL<br>GUERRERO AND WHITTLE PLLC<br>MARY WHITTLE ESQ<br>2630 EXPOSITION BLVD<br>STE 102<br>AUSTIN TX 78703<br>MARY@GWJUSTICE.COM | 000080P001-1487S-017<br>MUNSCH HARDT KOPF & HARR, P.C.<br>DEBORAH M PERRY<br>500 N AKARD ST.,STE 3800<br>DALLAS TX 75201-6659<br>DPERRY@MUNSCH.COM |
| 000085P001-1487S-017<br>MUNSCH HARDT KOPF & HARR, P.C.<br>KEVIN M LIPPMAN<br>500 N AKARD ST.,STE 3800<br>DALLAS TX 75201-6659<br>KLIPPMAN@MUNSCH.COM | 000096P001-1487S-017<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>JASON B BINFORD;LAYLA D MILLIGAN;AUTUMN D HIGHSMIT<br>ASSISTANT ATTORNEYS GENERAL<br>BANKRUPTCY & COLLECTION DIVISION<br>P O BOX 12548- MC008<br>AUSTIN TX 78711-2548<br>JASON.BINFORD@OAG.TEXAS.GOV | 000096P001-1487S-017<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>JASON B BINFORD;LAYLA D MILLIGAN;AUTUMN D HIGHSMIT<br>ASSISTANT ATTORNEYS GENERAL<br>BANKRUPTCY & COLLECTION DIVISION<br>P O BOX 12548- MC008<br>AUSTIN TX 78711-2548<br>LAYLA.MILLIGAN@OAG.TEXAS.GOV | 000096P001-1487S-017<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>JASON B BINFORD;LAYLA D MILLIGAN;AUTUMN D HIGHSMIT<br>ASSISTANT ATTORNEYS GENERAL<br>BANKRUPTCY & COLLECTION DIVISION<br>P O BOX 12548- MC008<br>AUSTIN TX 78711-2548<br>AUTUMN.HIGHSMITH@OAG.TEXAS.GOV |
| 000082P001-1487S-017<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>KATHRYN BONACORSI;JACQUELINE M STYKES<br>51 MADISON AVE.,22ND FLOOR<br>NEW YORK NY 10010<br>KATHRYNBONACORSI@QUINNEMANUEL.COM | 000082P001-1487S-017<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>KATHRYN BONACORSI;JACQUELINE M STYKES<br>51 MADISON AVE.,22ND FLOOR<br>NEW YORK NY 10010<br>JACQUELINESTYKES@QUINNEMANUEL.COM | 000084P001-1487S-017<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>K JOHN SHAFFER,ESQ<br>865 S FIGUEROA ST.,10TH FLOOR<br>LOS ANGELES CA 90017<br>JOHNSHAFFER@QUINNEMANUEL.COM | 000081P001-1487S-017<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>BENJAMIN I FINESTONE;KATHERINE SCHERLING<br>51 MADISON AVE.,22ND FLOOR<br>NEW YORK NY 10010<br>BENJAMINFINESTONE@QUINNEMANUEL.COM |
| 000081P001-1487S-017<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>BENJAMIN I FINESTONE;KATHERINE SCHERLING<br>51 MADISON AVE.,22ND FLOOR<br>NEW YORK NY 10010<br>KATESCHERLING@QUINNEMANUEL.COM | 000027P001-1487S-017<br>QUINN EMANUEL URQUHART AND SULLIVAN<br>CHRISTOPHER D KERCHER<br>51 MADISON AVE<br>NEW YORK NY 10010<br>CHRISTOPHERKERCHER@QUINNEMANUEL.COM | 000028P001-1487S-017<br>QUINN EMANUEL URQUHART AND SULLIVAN<br>BENJAMIN I FINESTONE<br>51 MADISON AVE<br>NEW YORK NY 10010<br>BENJAMINFINESTONE@QUINNEMANUEL.COM | 000029P001-1487S-017<br>QUINN EMANUEL URQUHART AND SULLIVAN<br>KATHRYN BONACORSI<br>51 MADISON AVE<br>NEW YORK NY 10010<br>KATHRYNBONACORSI@QUINNEMANUEL.COM |

| | | | |
|---|---|---|---|
| 000030P001-1487S-017<br>QUINN EMANUEL URQUHART AND SULLIVAN<br>JACQUELINE STYKES<br>51 MADISON AVE<br>NEW YORK NY 10010<br>JACQUELINESTYKES@QUINNEMANUEL.COM | 000046P001-1487S-017<br>RICHARDS LAYTON & FINGER P.A.<br>MARK D COLLINS<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801<br>COLLINS@RLF.COM | 000047P001-1487S-017<br>RICHARDS LAYTON & FINGER P.A.<br>AMANDA R STEELE<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801<br>STEELE@RLF.COM | 000078P001-1487S-017<br>RICHARDS LAYTON & FINGER P.A.<br>BRETT M HAYWOOD;EMILY R MATHEWS<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>HAYWOOD@RLF.COM |
| 000078P001-1487S-017<br>RICHARDS LAYTON & FINGER P.A.<br>BRETT M HAYWOOD;EMILY R MATHEWS<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>MATHEWS@RLF.COM | 000016P001-1487S-017<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549<br>SECBANKRUPTCY@SEC.GOV | 000070P001-1487S-017<br>SEGUNDO, AMANDA AND ANDREW SEGUNDO ET AL ETC<br>BUZBEE LAW FIRM<br>ANTHONY G BUZBEE ESQ<br>600 TRAVIS ST<br>STE 7300<br>HOUSTON TX 77002<br>TBUZBEE@TXATTORNEYS.COM | 000071P001-1487S-017<br>SIMMONS, CARINA INDIVIDUALLY ETC ET AL<br>FEARS NACHAWATI PLLC<br>GIBBS C HENDERSON ESQ<br>5473 BLAIR AD<br>DALLAS TX 75231<br>GHENDERSON@FNLAWFIRM.COM |
| 000075P002-1487S-017<br>SULLIVAN HAZELTINE ALLINSON LLC<br>WILLIAM D SULLIVAN;WILLIAM A HAZELTINE<br>919 N MARKET ST<br>SUITE 420<br>WILMINGTON DE 19801<br>BSULLIVAN@SHA-LLC.COM | 000075P002-1487S-017<br>SULLIVAN HAZELTINE ALLINSON LLC<br>WILLIAM D SULLIVAN;WILLIAM A HAZELTINE<br>919 N MARKET ST<br>SUITE 420<br>WILMINGTON DE 19801<br>WHAZELTINE@SHA-LLC.COM | 000072P001-1487S-017<br>TRUJILLO, CHRISTOPHER, ETC ET AL<br>MOSTYN LAW<br>GREGORY F FOX ESQ<br>3810 W ALABAMA ST<br>HOUSTON TX 77027<br>GFCDOCKETEFILE@MOSTYNLAW.COM | 000073P001-1487S-017<br>TURNER, RANDY, INDIVIDUALLY AND AS<br>PERSONAL REPRESENTATIVE ETC, ET AL<br>BRENT COON AND ASSOCIATES<br>BRENT COON ESQ<br>300 FANNIN, STE 200<br>HOUSTON TX 77002<br>BRENT@BCOONLAW.COM |
| 000005P001-1487S-017<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY  ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | 000074P001-1487S-017<br>WHITE, ROBERT ET AL<br>BRENT COON AND ASSOCIATES<br>BRENT COON ESQ<br>300 FANNIN<br>STE 200<br>HOUSTON TX 77002<br>BRENT@BCOONLAW.COM | 000083P001-1487S-017<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>MICHAEL R NESTOR;MATTHEW B LUNN<br>RODNEY SQUARE<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>BANKFILINGS@YCST.COM | 000083P001-1487S-017<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>MICHAEL R NESTOR;MATTHEW B LUNN<br>RODNEY SQUARE<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>MNESTOR@YCST.COM |
| 000083P001-1487S-017<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>MICHAEL R NESTOR;MATTHEW B LUNN<br>RODNEY SQUARE<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>MLUNN@YCST.COM | | | |

Records Printed :   65

# EXHIBIT 2

| | | | |
|---|---|---|---|
| 000008P001-1487S-017<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | 000006P001-1487S-017<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1487S-017<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000091P001-1487S-017<br>ECTOR COUNTY APPRAISAL DISTRICT<br>1301 E 8TH ST<br>ODESSA TX 79761-4722 |
| 000090P001-1487S-017<br>ECTOR COUNTY HOSPITAL DISTRICT<br>CHIEF COUNSEL<br>500 W 4TH ST<br>ODESSA TX 79761 | 000092P001-1487S-017<br>ECTOR COUNTY, TEXAS<br>ECTOR COUNTY JUDGE<br>300 NORTH GRANT<br>RM 227<br>ODESSA TX 79761 | 000050P001-1487S-017<br>ENVIRONMENTAL PROTECTION AGENCY<br>1201 ELM ST<br>STE 500<br>DALLAS TX 75270 | 000001P001-1487S-017<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| 000002P001-1487S-017<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000053P001-1487S-017<br>INVENERGY THERMAL OPERATING I LLC<br>NATE HOEPPNER<br>ONE SOUTH WACKER DRIVE<br>SUITE 1800<br>CHICAGO IL 60606 | 000093P001-1487S-017<br>LOCKE LORD LLP<br>DAVID HARRELL<br>111 S WACKER DR<br>CHICAGO IL 60606 | 000094P001-1487S-017<br>LOCKE LORD LLP<br>NICHOLAS D OCONNER<br>111 S WACKER DR<br>CHICAGO IL 60606 |
| 000048P001-1487S-017<br>NORTH AMERICAN ELEC. RELIABILITY CORP.<br>TERRY BRINKER<br>MANAGER OF REGISTRATION SERVICES<br>3353 PEACHTREE ROAD NE<br>SUITE 600, NORTH TOWER<br>ATLANTA GA 30326 | 000089P001-1487S-017<br>ODESSA COLLEGE<br>DR GREGORY D WILLIAMS<br>201 W UNIVERSITY<br>ODESSA TX 79764 | 000095P001-1487S-017<br>PERELLA WEINBERG PARTNERS LP<br>ALEXANDER SVOYSKIY<br>767 FIFTH AVE<br>NEW YORK NY 10153 | 000059P002-1487S-017<br>PUBLIC UTILITY COMMISSION OF TEXAS<br>TAYLOR KILROY<br>WILLIAM B TRAVIS BLDG<br>1701 N CONGRESS AVE 7TH FL<br>AUSTIN TX 78701 |
| 000015P001-1487S-017<br>SECURITIES AND EXCHANGE COMMISSION<br>NY REG OFFICE  BANKRUPTCY DEPT<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 | 000088P001-1487S-017<br>STATE OF TEXAS<br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>PO BOX 149355<br>AUSTIN TX 78714 | 000051P002-1487S-017<br>TEXAS COMM ON ENVIRONMENTAL QUALITY<br>SAMUEL SHORT DIRECTOR<br>12100 PK 35 CIR<br>AUSTIN TX 78753 | 000043P001-1487S-017<br>US ATTORNEY - NORTHERN DIST. OF TX<br>1100 COMMERCE STREET<br>3RD FLOOR<br>DALLAS TX 75242-1699 |
| 000011P001-1487S-017<br>US EPA REG 3<br>OFFICE OF REG COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 | | | |

Records Printed :   21

Ector County Energy Center LLC
Exhibit Page

Page # : 1 of 1  05/10/2022 10:41:23 PM

000087P001-1487S-017A
JULIET SARKESSIAN
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
211 EAST MEADE ST
PHILADELPHIA PA 19118

Records Printed : 1

# EXHIBIT 3

| | | | |
|---|---|---|---|
| 000227P001-1487A-017B<br>AON RISK SVCS CENTRAL INC<br>200 E RANDOLPH 12TH FLOOR<br>CHICAGO IL 60601<br>PETER.J.SMITH@AON.COM | 000258P001-1487A-017B<br>CHUBB GROUP OF INSURANCE COMPANIES<br>CHUBB UNDERWRITING DEPT<br>202B HALL'S MILL RD<br>WHITEHOUSE STATION NJ 08889<br>SPECIALTYCLAIMS@CHUBB.COM | 000226P001-1487A-017B<br>CHUBB NORTH AMERICA<br>ADRIENNE ALEXANDER<br>PO BOX 42065<br>PHOENIX AZ 85080<br>ADRIENNE.ALEXANDER@CHUBB.COM | 000260P001-1487A-017B<br>EVEREST NATIONAL INSURANCE CO<br>JOHN WHYTE<br>WESTGATE CORPORATE CTR<br>477 MARTINSVILLE RD<br>LIBERTY CORNER NJ 07938<br>JOHN.WHYTE@EVERESTRE.COM |
| 000261P001-1487A-017B<br>EVEREST NATIONAL INSURANCE CO<br>OWEN CHARLES<br>WESTGATE CORPORATE CTR<br>477 MARTINSVILLE RD<br>LIBERTY CORNER NJ 07938<br>OWEN.CHARLES@EVERESTRE.COM | 000262P001-1487A-017B<br>FEDERAL INSURANCE CO<br>DBA CHUBB<br>BENJAMIN TIFFANY AND ANDREA MCCONNELL<br>2001 BRYAN ST<br>STE 3600<br>DALLAS TX 75201-3068<br>BTIFFANY@CHUBB.COM | 000262P001-1487A-017B<br>FEDERAL INSURANCE CO<br>DBA CHUBB<br>BENJAMIN TIFFANY AND ANDREA MCCONNELL<br>2001 BRYAN ST<br>STE 3600<br>DALLAS TX 75201-3068<br>ANMCCONNELL@CHUBB.COM | 000263P001-1487A-017B<br>GENERAL SECURITY INDEMNITY CO OF ARIZONA<br>GERRY FAHRENTHOLD<br>199 WATER ST 21ST FL<br>NEW YORK NY 10038-3526<br>GFAHRENTHOLD@SCOR.COM |
| 000265P001-1487A-017B<br>LIBERTY MUTUAL INSURANCE<br>PAUL BEDROSIAN<br>157 BERKELEY ST<br>BOSTON MA 02116<br>PAUL.BEDROSIAN@LIBERTYMUTUAL.COM | 000266P001-1487A-017B<br>LLOYD'S AMERICA<br>750 SEVENTH AVE<br>NEW YORK NY 10019-6829<br>AON.GBC.NOC@AON.CO.UK | 000423P003-1487A-017B<br>OHIO CASUALTY INSURANCE COMPANY C/O<br>LIBERTY MUTUAL INSURANCE<br>PAUL BEDROSIAN<br>157 BERKELEY ST<br>BOSTON MA 02116<br>PAUL.BEDROSIAN@LIBERTYMUTUAL.COM | 000268P001-1487A-017B<br>RISK SPECIALISTS COMPANIES<br>INSURANCE AGENCY, INC<br>CASEY HOKKANEN<br>500 W MADISON ST<br>STE 3000<br>CHICAGO IL 60661<br>CASEY.HOKKANEN@AIG.COM |
| 000270P001-1487A-017B<br>VALIDUS SPECIALTY UNDERWRITING SERVICES, INC<br>KUDRET OZTAP<br>150 GREENWICH ST 47TH FL<br>4 WORLD TRADE CTR<br>NEW YORK NY 10007<br>NYCLAIMS@TALBOTUW.COM | 000272P001-1487A-017B<br>WESTPORT INSURANCE CORP<br>ATTENTION: CORPORATE SOLUTIONS CLAIMS<br>1200 MAIN ST<br>STE 800<br>KANSAS CITY MO 64105<br>SWISSREAFTERHOURSCLAIMS@ENGLEMARTIN.COM | | |

Records Printed :  **14**

# EXHIBIT 4

Page # : 1 of 1                                                                                                                   05/11/2022 05:32:38 PM

| | | | |
|---|---|---|---|
| 000227P001-1487A-017B<br>AON RISK SVCS CENTRAL INC<br>200 E RANDOLPH 12TH FLOOR<br>CHICAGO IL 60601 | 000422P002-1487A-017B<br>ARCH INSURANCE C/O POWER ENERGY RISK<br>JEFFREY SMITH<br>23 CORPORATE PLAZA SUITE 248<br>NEWPORT BEACH CA 92660 | 000258P001-1487A-017B<br>CHUBB GROUP OF INSURANCE COMPANIES<br>CHUBB UNDERWRITING DEPT<br>202B HALL'S MILL RD<br>WHITEHOUSE STATION NJ 08889 | 000226P001-1487A-017B<br>CHUBB NORTH AMERICA<br>ADRIENNE ALEXANDER<br>PO BOX 42065<br>PHOENIX AZ 85080 |
| 000260P001-1487A-017B<br>EVEREST NATIONAL INSURANCE CO<br>JOHN WHYTE<br>WESTGATE CORPORATE CTR<br>477 MARTINSVILLE RD<br>LIBERTY CORNER NJ 07938 | 000261P001-1487A-017B<br>EVEREST NATIONAL INSURANCE CO<br>OWEN CHARLES<br>WESTGATE CORPORATE CTR<br>477 MARTINSVILLE RD<br>LIBERTY CORNER NJ 07938 | 000262P001-1487A-017B<br>FEDERAL INSURANCE CO<br>DBA CHUBB<br>BENJAMIN TIFFANY AND ANDREA MCCONNELL<br>2001 BRYAN ST<br>STE 3600<br>DALLAS TX 75201-3068 | 000263P001-1487A-017B<br>GENERAL SECURITY INDEMNITY CO OF ARIZONA<br>GERRY FAHRENTHOLD<br>199 WATER ST 21ST FL<br>NEW YORK NY 10038-3526 |
| 000424P003-1487A-017B<br>GREAT NORTHERN C/O<br>CHUBB GROUP OF INSURANCE COMPANIES<br>202B HALL'S MILL ROAD<br>WHITEHOUSE STATION NJ 08889 | 000264P001-1487A-017B<br>ILLINOIS UNION INSURANCE CO<br>LAWRENCE KRUK<br>525 W MONROE ST STE 700<br>CHICAGO IL 60661 | 000265P001-1487A-017B<br>LIBERTY MUTUAL INSURANCE<br>PAUL BEDROSIAN<br>157 BERKELEY ST<br>BOSTON MA 02116 | 000266P001-1487A-017B<br>LLOYD'S AMERICA<br>750 SEVENTH AVE<br>NEW YORK NY 10019-6829 |
| 000423P003-1487A-017B<br>OHIO CASUALTY INSURANCE COMPANY C/O<br>LIBERTY MUTUAL INSURANCE<br>PAUL BEDROSIAN<br>157 BERKELEY ST<br>BOSTON MA 02116 | 000267P001-1487A-017B<br>POWER ENERGY RISK<br>JEFFREY SMITH<br>23 CORPORATE PLZ<br>STE 248<br>NEWPORT BEACH CA 92660 | 000268P001-1487A-017B<br>RISK SPECIALISTS COMPANIES<br>INSURANCE AGENCY, INC<br>CASEY HOKKANEN<br>500 W MADISON ST<br>STE 3000<br>CHICAGO IL 60661 | 000269P001-1487A-017B<br>THE PRINCETON EXCESS AND<br>SURPLUS LINES INSURANCE CO<br>555 COLLEGE RD EAST<br>PRINCETON NJ 08543-5241 |
| 000270P001-1487A-017B<br>VALIDUS SPECIALTY UNDERWRITING SERVICES, INC<br>KUDRET OZTAP<br>150 GREENWICH ST 47TH FL<br>4 WORLD TRADE CTR<br>NEW YORK NY 10007 | 000271P001-1487A-017B<br>WESTPORT INSURANCE CORP<br>2 WATERSIDE CROSSING<br>STE 200<br>WINDSOR CT 06095 | 000272P001-1487A-017B<br>WESTPORT INSURANCE CORP<br>ATTENTION: CORPORATE SOLUTIONS CLAIMS<br>1200 MAIN ST<br>STE 800<br>KANSAS CITY MO 64105 | |

Records Printed :  19