# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ECTOR COUNTY ENERGY CENTER LLC,[1] | Case No. 22-10320 (JTD) |
| Debtor. | |

### *AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON MAY 31, 2022 AT 11:00 A.M. (ET)

**This hearing will be conducted entirely over Zoom and will require all participants to register in advance. All individuals participating must register at least 2 hours prior to the hearing at the provided link.**

**Registration Link:**
**https://debuscourts.zoomgov.com/meeting/register/vJItc-uupzMvGuj2LaVW2Y_OBe39mA7hlf4**

### RESOLVED/CONTINUED MATTERS

1. Application of Debtor for Order Authorizing Debtor to (I) Employ and Retain Grant Thornton LLP to Provide the Debtor a Chief Restructuring Officer and Certain Additional Personnel, and (II) Designate John D. Baumgartner as Debtor's Chief Restructuring Officer Effective as of the Petition Date [Docket No. 95; Filed: 4/25/2022]

   Objection Deadline:     May 9, 2022 at 4:00 p.m. (extended for the Office of the United States Trustee)

   Related Document(s):

   a) Declaration of John D. Baumgartner, Chief Restructuring Officer of Debtor, in Support of the Debtor's Applications to Employ and Retain Various Case Professionals Effective as of the Petition Date [Docket No. 157; Filed: 5/24/2022]

---

[1] The last four digits of the Debtor's federal tax identification are 6852. The Debtor's mailing address is One South Wacker Drive, Suite 1900, Chicago, IL, 60606, and the Debtor has a principal place of business at 8200 OB Holt Road, Goldsmith, Ector County, Texas, 79761. More information about the Debtor and this case is available on the website maintained by Donlin, Recano & Company, Inc., the Debtor's claims and noticing agent, at www.donlinrecano.com/ecec, or can be requested by e-mail at ececinfo@donlinrecano.com.

[2] **Amended items appear bold.**

83662192.1

      b) **Supplemental Declaration of John D. Baumgartner in Support of Application of Debtor for Order Authorizing Debtor to (I) Employ and Retain Grant Thornton LLP to Provide the Debtor a Chief Restructuring Officer and Certain Additional Personnel, and (II) Designate John D. Baumgartner as Debtor's Chief Restructuring Officer Effective as of the Petition Date [Docket No. 177; Filed: 5/27/2022]**

      c) **Certification of Counsel Regarding Order Granting Application of Debtor for Order Authorizing Debtor to (I) Employ and Retain Grant Thornton LLP to Provide the Debtor a Chief Restructuring Officer and Certain Additional Personnel, and (II) Designate John D. Baumgartner as Debtor's Chief Restructuring Officer Effective as of the Petition Date [Docket No. 178; Filed: 5/27/2022]**

Response(s) Received:

    a) Informal response from the Office of the United States Trustee

Status: **This matter had been adjourned to the next omnibus hearing scheduled for June 21, 2022 at 10:00 a.m. but the Debtor has filed a consensual revised proposed form of order under certification of counsel. This matter will not go forward on June 21 unless the Court directs otherwise.**

2. Application of Debtor for Order Authorizing the Employment and Retention of Perella Weinberg Partners LP as Investment Banker to Debtor Effective as of the Petition Date [Docket No. 96; Filed: 4/25/2022]

    Objection Deadline:    May 9, 2022 at 4:00 p.m. (extended for the Office of the United States Trustee)

    Related Document(s):

      a) Notice of Filing Supplement to Application of Debtor for Order Authorizing the Employment and Retention of Perella Weinberg Partners LP as Investment Banker to Debtor Effective as of the Petition Date [Docket No. 149; Filed: 5/16/2022]

      b) Declaration of John D. Baumgartner, Chief Restructuring Officer of Debtor, in Support of the Debtor's Applications to Employ and Retain Various Case Professionals Effective as of the Petition Date [Docket No. 157; Filed: 5/24/2022]

Response(s) Received:

    a) Informal response from the Office of the United States Trustee

Status: This matter has been adjourned to the next omnibus hearing scheduled for June 21, 2022 at 10:00 a.m. while the Debtor works to resolve the comments received by the Office of the United States Trustee. To the extent this matter is resolved, a consensual form of order will be submitted under certification of counsel.

3. Motion of Debtor for Entry of an Order Extending Time for Filing Schedules of Assets and Liabilities and Statement of Financial Affairs [Docket No. 121; Filed: 5/4/2022]

   Objection Deadline:    May 18, 2022 at 4:00 p.m.

   Related Document(s):

   a) Certificate of No Objection Regarding Motion of Debtor for Entry of an Order Extending Time for Filing Schedules of Assets and Liabilities and Statement of Financial Affairs [Docket No. 154; Filed: 5/19/2022]

   b) Order Extending Time for Filing Schedules of Assets and Liabilities and Statement of Financial Affairs [Docket No. 161; Entered: 5/25/2022]

   Response(s) Received:    None.

   Status:    An order has been entered. No hearing is necessary.

4. Application of Debtor for Order Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code Authorizing the Employment and Retention of Crowell & Moring LLP as Special Litigation Counsel for Debtor and Debtor-In-Possession [Docket No. 139; Filed: 5/10/2022]

   Objection Deadline:    May 24, 2022 at 4:00 p.m.

   Related Document(s):

   a) Declaration of John D. Baumgartner, Chief Restructuring Officer of Debtor, in Support of the Debtor's Applications to Employ and Retain Various Case Professionals Effective as of the Petition Date [Docket No. 157; Filed: 5/24/2022]

   b) Notice of Filing Supplement to Application of Debtor for Order Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code Authorizing the Employment and Retention of Crowell & Moring LLP as Special Litigation Counsel for Debtor and Debtor-In-Possession [Docket No. 164; Filed: 5/25/2022]

   Response(s) Received:

   a) Informal response from the Office of the United States Trustee

Status: This matter has been adjourned to the next omnibus hearing scheduled for June 21, 2022 at 10:00 a.m. while the Debtor works to resolve the comments received by the Office of the United States Trustee. To the extent this matter is resolved, a consensual form of order will be submitted under certification of counsel.

**MATTERS WITH CERTIFICATION OF COUNSEL**

5. Application of Debtor for Order Authorizing the Employment and Retention of Holland & Knight LLP as Counsel for Debtor and Debtor in Possession [Docket No. 93; Filed: 4/25/2022]

    Objection Deadline: May 9, 2022 at 4:00 p.m. (extended for the Office of the United States Trustee)

    Related Document(s):

    a) Declaration of John D. Baumgartner, Chief Restructuring Officer of Debtor, in Support of the Debtor's Applications to Employ and Retain Various Case Professionals Effective as of the Petition Date [Docket No. 157; Filed: 5/24/2022]

    b) Supplemental Declaration of John J. Monaghan in Support of Application of Debtor to Retain and Employ Holland & Knight LLP as Counsel for Debtor and Debtor in Possession [Docket No. 165; Filed: 5/25/2022]

    c) Certification of Counsel Regarding Order Authorizing Retention and Employment of Holland & Knight LLP as Counsel for Debtor and Debtor-In-Possession Effective as of the Petition Date [Docket No. 166; Filed: 5/25/2022]

    **d) Order Authorizing Retention and Employment of Holland & Knight LLP as Counsel for Debtor and Debtor-In-Possession Effective as of the Petition Date [Docket No. 170; Entered: 5/26/2022]**

    Response(s) Received:

    a) Informal response from the Office of the United States Trustee

    Status: **An order has been entered. No hearing is necessary.**

6. Application of Debtor for Authority to Employ and Retain Polsinelli PC as Co-Counsel to the Debtor Effective as of the Petition Date [Docket No. 94; Filed: 4/25/2022]

    Objection Deadline: May 9, 2022 at 4:00 p.m. (extended for the Office of the United States Trustee)

Related Document(s):

    a)    Declaration of John D. Baumgartner, Chief Restructuring Officer of Debtor, in Support of the Debtor's Applications to Employ and Retain Various Case Professionals Effective as of the Petition Date [Docket No. 157; Filed: 5/24/2022]

    b)    Supplemental Declaration of Christopher A. Ward, Esq. in Support of the Application of Debtor for Authority to Employ and Retain Polsinelli PC as Co-Counsel to the Debtor Effective as of the Petition Date [Docket No. 168; Filed: 5/26/2022]

    c)    Certification of Counsel Regarding Order Authorizing Retention and Employment of Polsinelli PC as Co-Counsel to the Debtor Effective as of the Petition Date [Docket No. 169; Filed: 5/26/2022]

    **d)**    **Order Authorizing Retention and Employment of Polsinelli PC as Co-Counsel to the Debtor Effective as of the Petition Date [Docket No. 173; Entered: 5/26/2022]**

Response(s) Received:

    a)    Informal response from the Office of the United States Trustee

Status:    **An order has been entered. No hearing is necessary.**

7. Motion of Debtor for an Order (I) Authorizing the Debtor to Continue Its Insurance Program and Pay All Prepetition Obligations with Respect Thereto; and (II) Granting Related Relief [Docket No. 140; Filed: 5/10/2022]

   Objection Deadline:           May 24, 2022 at 4:00 p.m.

   Related Document(s):

    a)    Certification of Counsel Regarding Order (I) Authorizing the Debtor to Continue Its Insurance Programs and Pay Obligations With Respect Thereto; (II) Directing Financial Institutions to Honor and Pay All Related Checks Presented and Fund Transfer Requests; and (III) Granting Related Relief [Docket No. 167; Filed: 5/25/2022]

    **b)**    **Order (I) Authorizing the Debtor to Continue Its Insurance Programs and Pay Obligations With Respect Thereto; (II) Directing Financial Institutions to Honor and Pay All Related Checks Presented and Fund Transfer Requests; and (III) Granting Related Relief [Docket No. 171; Entered: 5/26/2022]**

Response(s) Received:

    a)     Informal response from the Office of the United States Trustee

Status: **An order has been entered. No hearing is necessary.**

## MATTERS GOING FORWARD

8. Motion of Debtor for Interim and Final Orders (i) Authorizing Debtor to (a) Continue Existing Cash Management System, and (b) Maintain Existing Bank Accounts and Business Forms; (iii) Waiving Requirements of 11 U.S.C. § 345(b); and (iii) Granting Related Relief [Docket No. 4; Filed: 4/11/2022]

   Objection Deadline:     May 2, 2022 at 4:00 p.m.

   Related Document(s):

       a)     Declaration of John Baumgartner, Chief Restructuring Officer, in Support of Chapter 11 Petition, First Day Motions, and Related [Docket No. 2; Filed: 4/11/2022]

       b)     Interim Order (I) Authorizing Debtor to (A) Continue Existing Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms; (II) Waiving Certain Requirements of 11 U.S.C. § 345(b); and (III) Granting Related Relief [Docket No. 69; Entered: 4/13/2022]

       c)     Second Interim Order (I) Authorizing Debtor to (A) Continue Existing Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms; (II) Waiving Certain Requirements of 11 U.S.C. § 345(b); and (III) Granting Related Relief [Docket No. 135; Entered: 5/6/2022]

       **d)     Certification of Counsel Regarding Final Order (I) Authorizing Debtor to (A) Continue Existing Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms; (II) Granting a Waiver of the Requirements of 11 U.S.C. § 345(b); and (III) Granting Related Relief [Docket No. 179; Filed: 5/27/2022]**

   Response(s) Received:

       a)     Informal responses from the Office of the United States Trustee and the Prepetition Secured Parties

   Status: **A proposed form of final order has been filed under certification of counsel. No hearing is necessary unless the Court directs otherwise.**

9.     Motion of Debtor for Entry of Interim and Final Orders (i) Authorizing the Debtor to Use Cash Collateral, (ii) Granting Adequate Protection to Prepetition Secured Lenders, (iii) Modifying the Automatic Stay, (iv) Scheduling a Final Hearing, and (v) Granting Related Relief [Docket No. 6; Filed: 4/11/2022]

    <u>Objection Deadline</u>:    May 2, 2022 at 4:00 p.m.

    <u>Related Document(s)</u>:

        a)    Declaration of John Baumgartner, Chief Restructuring Officer, in Support of Chapter 11 Petition, First Day Motions, and Related [Docket No. 2; Filed: 4/11/2022]

        b)    Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [Docket No. 71; Entered: 4/14/2022]

        c)    Notice of Proposed Final Order Authorizing the Debtor to (I) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Lenders, (III) Modifying Automatic Stay, and (IV) Granting Related Relief [Docket No. 120; Filed: 5/4/2022]

        d)    Second Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [Docket No. 134; Entered: 5/6/2022]

    <u>Response(s) Received</u>:

        a)    Omnibus Objection of Direct Energy Business Marketing, LLC to Debtor's (I) Motion to Use Cash Collateral and Grant Adequate Protection, (II) Bid Procedures Motion, and (III) Shared Services Motion [Docket No. 118; Filed: 5/2/2022]

        b)    Reply of Debtor to Direct Energy Marketing, LLC's Omnibus Objection to Debtor's (I) Motion to Use Cash Collateral and Grant Adequate Protection, (II) Bid Procedures Motion, and (III) Shared Services Motion [Docket No. 158; Filed: 5/24/2022]

        c)    Supplemental Declaration of John Baumgartner, Chief Restructuring Officer, in Support of Reply of Debtor to Direct Energy Marketing, LLC's Omnibus Objection to Debtor's (I) Motion to Use Cash Collateral and Grant Adequate Protection, (II) Bid Procedures Motion, and (III) Shared Services Motion [Docket No. 159; Filed: 5/24/2022]

d) Joinder and Reply of the Agent and the Ad Hoc Group of Secured Lenders (I) Supporting Entry of the Final Order Authorizing the Debtor's Use of Cash Collateral and Granting Adequate Protection and (II) Responding to Direct Energy's Objection Thereto [Docket No. 160; Filed: 5/24/2022]

e) Informal responses from the Office of the United States Trustee and Electric Reliability Council of Texas, Inc.

Status: This matter is contested and will go forward on a final basis.

10. Motion of Debtor for Entry of Order (I) Authorizing the Debtor to Continue to Perform Under Shared Services Agreements, (II) Authorizing Payment of Post-Petition Obligations Accruing Under Shared Services Agreements, and (III) Granting Related Relief [Docket No. 34; Filed: 4/12/2022]

Objection Deadline: May 2, 2022 at 4:00 p.m.

Related Document(s):

a) **Notice of Revised Proposed Order (I) Authorizing the Debtor to Continue to Perform Under Shared Services Agreements, (II) Authorizing Payment of Post-Petition Obligations Accruing Under Shared Services Agreements, and (III) Granting Related Relief [Docket No. 176; Filed: 5/27/2022]**

Response(s) Received:

a) Omnibus Objection of Direct Energy Business Marketing, LLC to Debtor's (I) Motion to Use Cash Collateral and Grant Adequate Protection, (II) Bid Procedures Motion, and (III) Shared Services Motion [Docket No. 118; Filed: 5/2/2022]

b) Reply of Debtor to Direct Energy Marketing, LLC's Omnibus Objection to Debtor's (I) Motion to Use Cash Collateral and Grant Adequate Protection, (II) Bid Procedures Motion, and (III) Shared Services Motion [Docket No. 158; Filed: 5/24/2022]

c) Supplemental Declaration of John Baumgartner, Chief Restructuring Officer, in Support of Reply of Debtor to Direct Energy Marketing, LLC's Omnibus Objection to Debtor's (I) Motion to Use Cash Collateral and Grant Adequate Protection, (II) Bid Procedures Motion, and (III) Shared Services Motion [Docket No. 159; Filed: 5/24/2022]

d) Informal response from the Office of the United States Trustee

Status: **The Debtor has filed a revised proposed form of order under a notice which resolves the concerns raised by the UST.** This matter will go forward on a contested basis.

11. Motion of Debtor for Entry of an Order (I) Authorizing the Debtor to Obtain Post-Petition Financing Secured by Priming Liens, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 141; Filed: 5/10/2022]

   <u>Objection Deadline</u>:       May 24, 2022 at 4:00 p.m.

   <u>Related Document(s)</u>:     None at this time.

   <u>Response(s) Received</u>:

   a) Direct Energy Business Marketing, LLC's Objection to Debtor's Motion for Entry of a Final Order (I) Authorizing the Debtor to Obtain Post-Petition Financing Secured by Priming Liens, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 156; Filed: 5/24/2022]

   b) Informal response from the Office of the United States Trustee

   <u>Status</u>: **This matter has been adjourned to the next omnibus hearing scheduled for June 21, 2022 at 10:00 a.m.**

*[remainder of page intentionally left blank]*

| | |
|---|---|
| Dated:  May 27, 2022<br>           Wilmington, Delaware | Respectfully submitted,<br><br>*/s Christopher A. Ward*_____<br>**POLSINELLI PC**<br>Christopher A. Ward (Del. Bar No. 3877)<br>Michael V. DiPietro (Del. Bar No. 6781)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>Telephone: 302-252-0920<br>Facsimile: 302-252-0921<br>cward@polsinelli.com<br>mdipietro@polsinelli.com<br><br>-and-<br><br>**HOLLAND & KNIGHT LLP**<br>John J. Monaghan (admitted *pro hac vice*)<br>Lynne B. Xerras (admitted *pro hac vice*)<br>Kathleen M. St. John (admitted *pro hac vice*)<br>10 St. James Avenue<br>Boston, MA 02116<br>Telephone: 617-523-2700<br>Facsimile: 617-523-6850<br>john.monaghan@hklaw.com<br>lynne.xerras@hklaw.com<br>kathleen.stjohn@hklaw.com<br><br>-and-<br><br>David W. Wirt (admitted *pro hac vice*)<br>Phillip W. Nelson (admitted *pro hac vice*)<br>150 N. Riverside Plaza, Suite 2700<br>Chicago, IL 60606<br>Telephone: 312-263-3600<br>Facsimile: 312-578-6666<br>david.wirt@hklaw.com<br>phillip.nelson@hklaw.com<br><br>*Counsel for the Debtor and*<br>*Debtor in Possession* |