IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ECTOR COUNTY ENERGY CENTER LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10320 (JTD)<br><br>Re: Docket No. 163 |

## NOTICE OF REVISED PROPOSED COMPLAINT

**PLEASE TAKE NOTICE** that on May 25, 2022, Direct Energy Business Marketing, LLC ("Direct Energy") filed the *Motion for Order Authorizing Direct Energy Business Marketing, LLC to Commence and Prosecute Claims on Behalf of the Estate* [Docket No. 163] (the "Motion").[2] You were previously served with a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE** that attached to the Motion as Exhibit B was a proposed complaint (the "Proposed Complaint") which identified certain causes of action that Direct Energy proposes to bring on behalf of the Debtor's estate. Pursuant to the Motion, the Proposed Complaint may be amended to add additional defendants and/or estate causes of action.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a revised Proposed Complaint (the "Revised Proposed Complaint"), which replaces and supersedes the original Proposed Complaint. For the convenience of the Court and other interested parties, a blackline comparing the Proposed Complaint to the Revised Proposed Complaint is attached hereto as **Exhibit 2**.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Motion is currently scheduled for **June 21, 2022 at 10:00 a.m. (ET)** before the Honorable John T. Dorsey, United States Bankruptcy Court Judge for the District of Delaware.

*[Signature page follows]*

---

[1] The last four digits of the Debtor's federal tax identification are 6852. The Debtor's mailing address is One South Wacker Drive, Suite 1900, Chicago, IL, 60606, and the Debtor has a principal place of business at 8200 OB Holt Road, Goldsmith, Ector County, Texas, 79761.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

29439286.1

| | |
|---|---|
| Dated: June 8, 2022<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Michael R. Nestor*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>**CM/ECF Noticing**: bankfilings@ycst.com<br>Email:   mnestor@ycst.com<br>            mlunn@ycst.com<br><br>– and –<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Benjamin I. Finestone, Esq.<br>Christopher D. Kercher, Esq.<br>Kate Scherling, Esq.<br>Zachary Russell, Esq.<br>Jacqueline M. Stykes, Esq.<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email:   benjaminfinestone@quinnemanuel.com<br>            christopherkercher@quinnemanuel.com<br>            katescherling@quinnemanuel.com<br>            zacharyrussell@quinnemanuel.com<br>            jacquelinestykes@quinnemanuel.com<br><br>– and –<br><br>K. John Shaffer, Esq.<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213)443-3100<br>Email:   johnshaffer@quinnemanuel.com<br><br>*Counsel to Direct Energy Business Marketing, LLC* |