# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ECTOR COUNTY ENERGY CENTER LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10320 (JTD)<br><br>**Re: Docket No. 141** |

**NOTICE OF REVISED PROPOSED ORDER (I) AUTHORIZING THE DEBTOR TO OBTAIN POST-PETITION FINANCING SECURED BY PRIMING LIENS, (II) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (III) GRANTING ADEQUATE PROTECTION, (IV) MODIFYING THE AUTOMATIC STAY, AND (V) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on May 10, 2022, the above-captioned debtor and debtor in possession (the "**Debtor**") filed the *Motion of Debtor for Entry of a Final Order (I) Authorizing the Debtor to Obtain Post-Petition Financing Secured by Priming Liens, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [Docket No. 141] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on May 24, 2022, Direct Energy Business Marketing, LLC filed an *Objection* [Docket No. 156] (the "**Direct Energy Objection**") to the Motion. In addition to the Direct Energy Objection, the Debtor received informal comments to the Motion from the Office of the United States Trustee (the "**UST**").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A is a revised proposed form of order (the "**Proposed Order**") approving the Motion. The UST does not object

---

[1] The last four digits of the Debtor's federal tax identification are 6852.  The Debtor's mailing address is One South Wacker Drive, Suite 1900, Chicago, IL, 60606, and the Debtor has a principal place of business at 8200 OB Holt Road, Goldsmith, Ector County, Texas, 79761.  More information about the Debtor and this case is available on the website maintained by Donlin, Recano & Company, Inc., the Debtor's proposed claims and noticing agent, at www.donlinrecano.com/ecec, or can be requested by e-mail at ececinfo@donlinrecano.com.

83884086.1

to entry of the Proposed Order. However, the Direct Energy Objection remains unresolved. For the convenience of the Court and other interested parties, attached hereto as Exhibit B is a blackline comparison of the Proposed Order against the original order filed with the Motion. Also attached as Exhibit C is a revised Superpriority Secured Debtor-in-Possession Credit and Security Agreement (the "**Credit Agreement**"). For the convenience of the Court and other interested parties, attached hereto as Exhibit D is a blackline comparison of the Credit Agreement against the original order filed with the Motion.

**PLEASE TAKE FURTHER NOTICE** the Debtor will seek the Bankruptcy Court's approval of the Proposed Order at the hearing scheduled for **June 21, 2022 at 10:00 a.m. (ET)** (the "**Hearing**") before the John T. Dorsey, at the Bankruptcy Court, 824 N. Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801. The Debtor reserves all rights to further modify the Proposed Order before or at the Hearing.

*[remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: June 10, 2022<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s Christopher A. Ward*_____<br>**POLSINELLI PC**<br>Christopher A. Ward (Del. Bar No. 3877)<br>Michael V. DiPietro (Del Bar No. 6781)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>Telephone: 302-252-0920<br>Facsimile: 302-252-0921<br>cward@polsinelli.com<br>mdipietro@polsinelli.com<br><br>-and-<br><br>**HOLLAND & KNIGHT LLP**<br>John J. Monaghan (admitted *pro hac vice*)<br>Lynne B. Xerras (admitted *pro hac vice*)<br>Kathleen M. St. John (admitted *pro hac vice*)<br>10 St. James Avenue<br>Boston, MA 02116<br>Telephone: 617-523-2700<br>Facsimile: 617-523-6850<br>john.monaghan@hklaw.com<br>lynne.xerras@hklaw.com<br>kathleen.stjohn@hklaw.com<br><br>-and-<br><br>David W. Wirt (admitted *pro hac vice*)<br>Phillip W. Nelson (admitted *pro hac vice*)<br>150 N. Riverside Plaza, Suite 2700<br>Chicago, IL 60606<br>Telephone: 312-263-3600<br>Facsimile: 312-578-6666<br>david.wirt@hklaw.com<br>phillip.nelson@hklaw.com<br><br>*Counsel for the Debtor and Debtor in Possession* |