## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ECTOR COUNTY ENERGY CENTER LLC,[1] | Case No. 22-10320 (JTD) |
| Debtor. | |

### *AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JUNE 15, 2022 AT 11:00 A.M. (ET)

**This hearing will be conducted entirely over Zoom and will require all participants to register in advance. All individuals participating must register at least 2 hours prior to the hearing at the provided link.**

**Registration Link:**
**https://debuscourts.zoomgov.com/meeting/register/vJIsc-2grDIrH_57QLhE4QE8u-JUE7iNvH0**

## MATTER GOING FORWARD

1.      Discovery Dispute

Objection Deadline:          N/A

Related Document(s):

      **a)**    **Direct Energy Business Marketing LLC's Letter to the Court [Docket No. 206; Filed: 6/13/2022]**

      **b)**    **Debtor's Responsive Letter to the Court [Docket No. 212; Filed: 6/14/2022]**

      **c)**    **Invenergy Thermal Operating I LLC's Responsive Letter to the Court [Docket No. 213; Filed: 6/14/2022]**

Response(s) Received:          None at this time.

---

[1]  The last four digits of the Debtor's federal tax identification are 6852.  The Debtor's mailing address is One South Wacker Drive, Suite 1900, Chicago, IL, 60606, and the Debtor has a principal place of business at 8200 OB Holt Road, Goldsmith, Ector County, Texas, 79761.  More information about the Debtor and this case is available on the website maintained by Donlin, Recano & Company, Inc., the Debtor's claims and noticing agent, at www.donlinrecano.com/ecec, or can be requested by e-mail at ececinfo@donlinrecano.com.

[2] Amended items appear bold.

<u>Status</u>:          This matter will go forward.

Dated:  June 14, 2022                    Respectfully submitted,
         Wilmington, Delaware

                                         */s Christopher A. Ward*_____
                                         **POLSINELLI PC**
                                         Christopher A. Ward (Del. Bar No. 3877)
                                         Michael V. DiPietro (Del. Bar No. 6781)
                                         222 Delaware Avenue, Suite 1101
                                         Wilmington, DE 19801
                                         Telephone: 302-252-0920
                                         Facsimile: 302-252-0921
                                         cward@polsinelli.com
                                         mdipietro@polsinelli.com

                                         -and-

                                         **HOLLAND & KNIGHT LLP**
                                         John J. Monaghan (admitted *pro hac vice*)
                                         Lynne B. Xerras (admitted *pro hac vice*)
                                         Kathleen M. St. John (admitted *pro hac vice*)
                                         10 St. James Avenue
                                         Boston, MA 02116
                                         Telephone: 617-523-2700
                                         Facsimile: 617-523-6850
                                         john.monaghan@hklaw.com
                                         lynne.xerras@hklaw.com
                                         kathleen.stjohn@hklaw.com

                                         -and-

                                         David W. Wirt (admitted *pro hac vice*)
                                         Phillip W. Nelson (admitted *pro hac vice*)
                                         150 N. Riverside Plaza, Suite 2700
                                         Chicago, IL 60606
                                         Telephone: 312-263-3600
                                         Facsimile: 312-578-6666
                                         david.wirt@hklaw.com
                                         phillip.nelson@hklaw.com

                                         *Counsel for the Debtor and*
                                         *Debtor in Possession*

83924872.1