# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ECTOR COUNTY ENERGY CENTER LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10320 (JTD) |

## NOTICE OF ADJOURNED OMNIBUS HEARING

**PLEASE TAKE NOTICE** that the omnibus hearing scheduled for June 21, 2022 at 10:00 a.m. (ET) has been adjourned by the Court to **June 27, 2022 at 11:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that all matters previously scheduled for hearing on June 21 will now go forward at the June 27 hearing.

Dated:  June 15, 2022
       Wilmington, Delaware

Respectfully submitted,

*/s Christopher A. Ward*_____
**POLSINELLI PC**
Christopher A. Ward (Del. Bar No. 3877)
Michael V. DiPietro (Del. Bar No. 6781)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: 302-252-0920
Facsimile: 302-252-0921
cward@polsinelli.com
mdipietro@polsinelli.com

-and-

---

[1] The last four digits of the Debtor's federal tax identification are 6852.  The Debtor's mailing address is One South Wacker Drive, Suite 1900, Chicago, IL, 60606, and the Debtor has a principal place of business at 8200 OB Holt Road, Goldsmith, Ector County, Texas, 79761.  More information about the Debtor and this case is available on the website maintained by Donlin, Recano & Company, Inc., the Debtor's claims and noticing agent, at www.donlinrecano.com/ecec, or can be requested by e-mail at ececinfo@donlinrecano.com.

83942061.1

**HOLLAND & KNIGHT LLP**
John J. Monaghan (admitted *pro hac vice*)
Lynne B. Xerras (admitted *pro hac vice*)
Kathleen M. St. John (admitted *pro hac vice*)
10 St. James Avenue
Boston, MA 02116
Telephone: 617-523-2700
Facsimile: 617-523-6850
john.monaghan@hklaw.com
lynne.xerras@hklaw.com
kathleen.stjohn@hklaw.com

-and-

David W. Wirt (admitted *pro hac vice*)
Phillip W. Nelson (admitted *pro hac vice*)
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Telephone: 312-263-3600
Facsimile: 312-578-6666
david.wirt@hklaw.com
phillip.nelson@hklaw.com

*Counsel for the Debtor and Debtor in Possession*