**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ECTOR COUNTY ENERGY CENTER, LLC,[1] | Case No. 22-10320 (JTD) |
| Debtor. | **Re: Docket No. 136** |

## NOTICE OF SUCCESSFUL BIDDER

**PLEASE TAKE NOTICE** that, on May 6, 2022, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (A) Authorizing Debtor's Entry into Asset Purchase Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Authorizing and Approving a Break-Up Fee and Reduced Break-Up Fee, (E) Approving the Notice Procedures, and (F) Setting a Date for the Sale Hearing* [Docket No. 136] (the "Bidding Procedures Order").[2] The Bid Deadline was June 17, 2022, at 4:00 p.m. (ET). In the event of more than one Qualified Bids, an Auction was to be conducted on June 22, 2022.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, the Debtor designated Rockland Capital, LLC (together with its assignees or designees, "Rockland") as the Stalking Horse Purchaser for the Assets. Under the Bidding Procedures Order, the Stalking Horse Bid was considered a Qualified Bid.

**PLEASE TAKE FURTHER NOTICE** that the Debtor also received a Qualified Bid for the Assets from LS Power Equity Advisors, LLC ("LS Power").

---

[1] The last four digits of the Debtor's federal tax identification are 6852. The Debtor's mailing address is One South Wacker Drive, Suite 1900, Chicago, IL, 60606, and the Debtor has a principal place of business at 8200 OB Holt Road, Goldsmith, Ector County, Texas, 79761. More information about the Debtor and this case is available on the website maintained by Donlin, Recano & Company, Inc., the Debtor's claims agent, at www.donlinrecano.com/ecec, or can be requested by e-mail at ececteam@donlinrecano.com.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

84028719.1

**PLEASE TAKE FURTHER NOTICE** that the Debtor conducted a virtual auction (the "Auction") on June 22, 2022 for the Assets. At the conclusion of the Auction, and after consultation with the Consultation Parties, the Debtor selected Rockland as the successful bidder (the "Successful Bidder"). The terms of the Successful Bidder's bid, pursuant to which it has agreed to purchase the Acquired Assets for, among other consideration, a purchase price of $144,750,000 ($141,556,000 after application of a $3,194,000 Break-Up Fee credit) plus up to an additional $2,700,000 in potential Incentive Consideration, are set forth on the record at the Auction and in the Asset Purchase Agreement to be executed between the Debtor and the Successful Bidder (the "Rockland APA"). The assumption and cure of any executory contracts shall be in accordance with the terms of the Rockland APA.

**PLEASE TAKE FURTHER NOTICE** that at the conclusion of the Auction, the Debtor selected LS Power as the backup bidder (the "Backup Bidder") for a purchase price of $144,500,000 plus up to $2,700,000 of Incentive Consideration, as set forth on the record at the Auction.

**PLEASE TAKE FURTHER NOTICE** that the Debtor will seek entry of an order approving the sale of the Assets to the Successful Bidder pursuant to the terms of the Rockland APA at the Sale Hearing, which is scheduled to be held virtually before the Honorable John T. Dorsey, at the U.S. Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 on June 27, 2022 at 11:00 a.m. (prevailing Eastern Time), or at such time thereafter as counsel may be heard or at such other time as the Bankruptcy Court may determine.

| | |
|---|---|
| Dated:  June 23, 2022<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s Christopher A. Ward*_____<br>POLSINELLI PC<br>Christopher A. Ward (Del. Bar No. 3877)<br>Michael V. DiPietro (Del. Bar No. 6781)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>Telephone: 302-252-0920<br>Facsimile: 302-252-0921<br>cward@polsinelli.com<br>mdipietro@polsinelli.com<br><br>-and-<br><br>HOLLAND & KNIGHT LLP<br>John J. Monaghan (admitted *pro hac vice*)<br>Lynne B. Xerras (admitted *pro hac vice*)<br>Kathleen M. St. John (admitted *pro hac vice*)<br>10 St. James Avenue<br>Boston, MA 02116<br>Telephone: 617-523-2700<br>Facsimile: 617-523-6850<br>john.monaghan@hklaw.com<br>lynne.xerras@hklaw.com<br>kathleen.stjohn@hklaw.com<br><br>-and-<br><br>David W. Wirt (admitted *pro hac vice*)<br>Phillip W. Nelson (admitted *pro hac vice*)<br>150 N. Riverside Plaza, Suite 2700<br>Chicago, IL 60606<br>Telephone: 312-263-3600<br>Facsimile: 312-578-6666<br>david.wirt@hklaw.com<br>phillip.nelson@hklaw.com<br><br>*Counsel for the Debtor and*<br>*Debtor in Possession* |

84028719.1