## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ECTOR COUNTY ENERGY CENTER LLC,[1] | Case No. 22-10320 (JTD) |
| Debtor. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JUNE 27, 2022 AT 11:00 A.M. (ET)

> **This hearing will be conducted entirely over Zoom and will require all participants to register in advance. All individuals participating must register at least 2 hours prior to the hearing at the provided link.**
>
> **Registration Link:**
> **https://debuscourts.zoomgov.com/meeting/register/vJItf-2grTgsH6WBnwIBtqsTGT8X_8m4hfc**

### RESOLVED/CONTINUED MATTERS

1.  Motion of Debtor for Entry of an Order (I) Authorizing the Debtor to Obtain Post-Petition Financing Secured by Priming Liens, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 141; Filed: 5/10/2022]

    Objection Deadline:              May 24, 2022 at 4:00 p.m.

    Related Document(s):

    a)  Notice of Revised Proposed Order (I) Authorizing the Debtor to Obtain Post-Petition Financing Secured by Priming Liens, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 202; Filed: 6/10/2022]

    b)  Notice of Filing of Amended Budget [Docket No. 226; Filed: 6/15/2022]

---

[1] The last four digits of the Debtor's federal tax identification are 6852. The Debtor's mailing address is One South Wacker Drive, Suite 1900, Chicago, IL, 60606, and the Debtor has a principal place of business at 8200 OB Holt Road, Goldsmith, Ector County, Texas, 79761. More information about the Debtor and this case is available on the website maintained by Donlin, Recano & Company, Inc., the Debtor's claims and noticing agent, at www.donlinrecano.com/ecec, or can be requested by e-mail at ececinfo@donlinrecano.com.

Response(s) Received:

    a)    Direct Energy Business Marketing, LLC's Objection to Debtor's Motion for Entry of a Final Order (I) Authorizing the Debtor to Obtain Post-Petition Financing Secured by Priming Liens, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 156; Filed: 5/24/2022]

    b)    Informal response from the Office of the United States Trustee

Status:    This matter has been adjourned to the next omnibus hearing scheduled for July 26, 2022 at 10:00 a.m.

2.    Motion for Order Authorizing Direct Energy Marketing, LLC to Commence and Prosecute Claims on Behalf of the Estate [Docket No. 163; Filed: 5/25/2022]

Objection Deadline:    June 8, 2022 at 4:00 p.m. (extended by agreement for certain parties)

Related Document(s):

    a)    Notice of Revised Proposed Complaint [Docket No. 201; Filed: 6/8/2022]

Response(s) Received:

    a)    [Sealed] Objection of Debtor to Motion for Order Authorizing Direct Energy Marketing, LLC to Commence and Prosecute Claims on Behalf of the Estate [Docket No. 207; Filed: 6/13/2022]

    b)    The Agent and the Ad Hoc Group of Secured Lenders' Joinder and Objection to the Motion for Order Authorizing Direct Energy Business Marketing, LLC to Commence and Prosecute Claims on Behalf of the Estate [Docket No. 208; Filed: 6/13/2022]

    c)    Direct Energy Marketing, LLC's Omnibus Reply in Support of Motion to Commence and Prosecute Claims on Behalf of the Estate [Docket No. 246; Filed: 6/22/2022]

Status:    This matter has been adjourned to the next omnibus hearing scheduled for July 26, 2022 at 10:00 a.m.

3.    Motion of Debtor for Entry of an Order (I) Establishing Bar Dates for Filing Proofs of Claim, Including Section 503(b)(9) Claims and (II) Approving Form and Manner of Notice Thereof [Docket No. 181; Filed: 5/27/2022]

Objection Deadline:    June 14, 2022 at 4:00 p.m.

2

Related Document(s):

   a)   Certification of Counsel Regarding Order (I) Establishing Bar Dates for Filing Proofs of Claim, Including Section 503(b)(9) Claims and (II) Approving Form and Manner of Notice Thereof [Docket No. 239; Filed: 6/16/2022]

   b)   Order (I) Establishing Bar Dates for Filing Proofs of Claim, Including Section 503(b)(9) Claims and (II) Approving Form and Manner of Notice Thereof [Docket No. 240; Entered: 6/17/2022]

Response(s) Received:

   a)   Informal response from the Office of the United States Trustee

Status:       An order has been entered. No hearing is necessary.

4.   Motion of Debtor for Entry of an Order Authorizing Debtor to File the Objection to Motion for Order Authorizing Direct Energy Business Marketing, LLC to Commence and Prosecute Claims on Behalf of the Estate Under Seal [Docket No. 210; Filed: 6/14/2022]

Objection Deadline:       June 21, 2022

Related Document(s):

   a)   [Sealed] Objection of Debtor to Motion for Order Authorizing Direct Energy Marketing, LLC to Commence and Prosecute Claims on Behalf of the Estate [Docket No. 207; Filed: 6/13/2022]

   b)   Notice of Filing of Proposed Redacted Version Objection of Debtor to Motion for Order Authorizing Direct Energy Marketing, LLC to Commence and Prosecute Claims on Behalf of the Estate [Docket No. 211; Filed: 6/14/2022]

   c)   Certification of Counsel Regarding Order Authorizing Debtor to File Under Seal Portions of the Objection to Motion for Order Authorizing Direct Energy Business Marketing, LLC to Commence and Prosecute Claims on Behalf of the Estate [Docket No. 247; Filed: 6/22/2022]

   d)   Order Authorizing Debtor to File Under Seal Portions of the Objection to Motion for Order Authorizing Direct Energy Business Marketing, LLC to Commence and Prosecute Claims on Behalf of the Estate [Docket No. 250; Entered: 6/23/2022]

Response(s) Received:

   a)   Informal response from the Office of the United States Trustee

Status:        An order has been entered. No hearing is necessary.

**MATTER GOING FORWARD**

5.        Motion of the Debtor for Orders (I)(A) Authorizing Debtor's Entry Into Asset Purchase Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Authorizing and Approving a Break-Up Fee and Reduced Break-Up Fee, (E) Approving the Notice Procedures, and (F) Setting a Date for the Sale Hearing; and (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 7; Filed: 4/11/2022]

Sale Objection Deadline:        June 17, 2022 at 4:00 p.m.

Related Document(s):

    a)        Declaration of Alexander Svoyskiy in Support of Motion of the Debtor for Orders (I)(A) Authorizing Debtor's Entry Into Asset Purchase Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Authorizing and Approving a Break-Up Fee and Reduced Break-Up Fee, (E) Approving the Notice Procedures, and (F) Setting a Date for the Sale Hearing; and (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 8; Filed: 4/11/2022]

    b)        Order (A) Authorizing Debtor's Entry Into Asset Purchase Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Authorizing and Approving a Break-Up Fee and Reduced Break-Up Fee, (E) Approving the Notice Procedures, and (F) Setting a Date for the Sale Hearing [Docket No. 136; Entered: 5/6/2022]

    c)        Notice of Bidding Procedures, Auction Date, and Sale Hearing [Docket No. 138; Filed: 5/9/2022]

    d)        Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtor that May Be Assumed and Assigned [Docket No. 174; Filed: 5/27/2022]

    e)        Notice of Amendment to Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtor that May Be Assumed and Assigned [Docket No. 231; Filed: 6/15/2022]

  f)  Notice of Virtual Auction of Debtor's Assets [Docket No. 243; Filed: 6/21/2022]

  g)  Notice of Successful Bidder [Docket No. 249; Filed: 6/23/2022]

Response(s) Received:

  a)  The Public Utility Commission of Texas's Limited Objection to Debtor's Proposed Sale [Docket No. 234; Filed: 6/16/2022]

  b)  Direct Energy Business Marketing LLC's Limited Objection to Debtor's Proposed Sale [Docket No. 242; Filed: 6/17/2022]

  c)  Informal responses from the Office of the United States Trustee, Electric Reliability Council of Texas, Inc., the Ector County Appraisal District, Environmental Protection Agency, the Texas Commission of Environmental Quality,

Status:  The Debtor will file a declaration in support of the sale and a revised proposed form of order in advance of the hearing. This matter will go forward with respect to the Debtor's sale of certain assets.

*[signature page follows]*

Dated:  June 23, 2022
       Wilmington, Delaware

Respectfully submitted,

*/s Christopher A. Ward*_____
**POLSINELLI PC**
Christopher A. Ward (Del. Bar No. 3877)
Michael V. DiPietro (Del. Bar No. 6781)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: 302-252-0920
Facsimile: 302-252-0921
cward@polsinelli.com
mdipietro@polsinelli.com

-and-

**HOLLAND & KNIGHT LLP**
John J. Monaghan (admitted *pro hac vice*)
Lynne B. Xerras (admitted *pro hac vice*)
Kathleen M. St. John (admitted *pro hac vice*)
10 St. James Avenue
Boston, MA 02116
Telephone: 617-523-2700
Facsimile: 617-523-6850
john.monaghan@hklaw.com
lynne.xerras@hklaw.com
kathleen.stjohn@hklaw.com

-and-

David W. Wirt (admitted *pro hac vice*)
Phillip W. Nelson (admitted *pro hac vice*)
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Telephone: 312-263-3600
Facsimile: 312-578-6666
david.wirt@hklaw.com
phillip.nelson@hklaw.com

*Counsel for the Debtor and*
*Debtor in Possession*

84023527.1