# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ECTOR COUNTY ENERGY CENTER LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10320 (JTD) |

### *AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JULY 26, 2022 AT 10:00 A.M. (ET)

> **THIS HEARING HAS BEEN CANCELLED
> AS THERE ARE NO MATTERS GOING FORWARD.**

## RESOLVED MATTER

1. Motion of Debtor for Entry of an Order (I) Authorizing the Debtor to Obtain Post-Petition Financing Secured by Priming Liens, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 141; Filed: 5/10/2022]

    Objection Deadline:    May 24, 2022 at 4:00 p.m.

    Related Document(s):

    a) Notice of Revised Proposed Order (I) Authorizing the Debtor to Obtain Post-Petition Financing Secured by Priming Liens, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 202; Filed: 6/10/2022]

    b) Notice of Filing of Amended Budget [Docket No. 226; Filed: 6/15/2022]

    c) Notice of Filing of Second Amended Budget [Docket No. 265; Filed: 6/30/2022]

---

[1] The last four digits of the Debtor's federal tax identification are 6852. The Debtor's mailing address is One South Wacker Drive, Suite 1900, Chicago, IL, 60606, and the Debtor has a principal place of business at 8200 OB Holt Road, Goldsmith, Ector County, Texas, 79761. More information about the Debtor and this case is available on the website maintained by Donlin, Recano & Company, Inc., the Debtor's claims and noticing agent, at www.donlinrecano.com/ecec, or can be requested by e-mail at ececinfo@donlinrecano.com.

[2] **Amended items appear bold.**

84455410.1

        **d)**        **Notice of Withdrawal of Docket No. 141 [Docket No. 298; Filed: 7/25/2022]**

Response(s) Received:

    a)    Direct Energy Business Marketing, LLC's Objection to Debtor's Motion for Entry of a Final Order (I) Authorizing the Debtor to Obtain Post-Petition Financing Secured by Priming Liens, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 156; Filed: 5/24/2022]

    b)    Informal response from the Office of the United States Trustee

Status:    **This matter has been withdrawn.**

## MATTERS GOING FORWARD

2.    Motion for Order Authorizing Direct Energy Marketing, LLC to Commence and Prosecute Claims on Behalf of the Estate [Docket No. 163; Filed: 5/25/2022]

    Objection Deadline:    June 8, 2022 at 4:00 p.m. (extended by agreement for certain parties)

    Related Document(s):

        a)    Notice of Revised Proposed Complaint [Docket No. 201; Filed: 6/8/2022]

    Response(s) Received:

        a)    Objection of Invenergy Thermal Operating I LLC to Motion for Order Authorizing Direct Energy Marketing, LLC to Commence and Prosecute Claims on Behalf of the Estate [Docket No. 204; Filed: 6/10/2022]

        b)    [Sealed] Objection of Debtor to Motion for Order Authorizing Direct Energy Marketing, LLC to Commence and Prosecute Claims on Behalf of the Estate [Docket No. 207; Filed: 6/13/2022]

        c)    The Agent and the Ad Hoc Group of Secured Lenders' Joinder and Objection to the Motion for Order Authorizing Direct Energy Business Marketing, LLC to Commence and Prosecute Claims on Behalf of the Estate [Docket No. 208; Filed: 6/13/2022]

        d)    Notice of Filing of Proposed Redacted Version of Objection of Debtor to Motion for Order Authorizing Direct Energy Marketing, LLC to Commence and Prosecute Claims on Behalf of the Estate [Docket No. 211; Filed: 6/14/2022]

    e)    Direct Energy Marketing, LLC's Omnibus Reply in Support of Motion to Commence and Prosecute Claims on Behalf of the Estate [Docket No. 246; Filed: 6/22/2022]

    Status:    **This matter has been adjourned to August 3, 2022 at 2:00 p.m.**

3. Motion of Debtor for Entry of an Order Authorizing Retention and Payment of Professionals Utilized by Debtor in the Ordinary Course of Business [Docket No. 271; Filed: 7/1/2022]

   Objection Deadline:    July 19, 2022 at 4:00 p.m.

   Related Document(s):

   a) **Certification of Counsel Regarding Order Authorizing Retention and Payment of Professionals Utilized by Debtor in the Ordinary Course of Business [Docket No. 297; Filed: 7/25/2022]**

   b) **Order Authorizing Retention and Payment of Professionals Utilized by Debtor in the Ordinary Course of Business [Docket No. 299; Entered: 7/25/2022]**

   Response(s) Received:

   a) Informal response from the Office of the United States Trustee

   Status:    **An order has been entered. No hearing is necessary.**

Dated: July 25, 2022
       Wilmington, Delaware

Respectfully submitted,

*/s Christopher A. Ward*_____
**POLSINELLI PC**
Christopher A. Ward (Del. Bar No. 3877)
Michael V. DiPietro (Del. Bar No. 6781)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: 302-252-0920
Facsimile: 302-252-0921
cward@polsinelli.com
mdipietro@polsinelli.com

-and-

**HOLLAND & KNIGHT LLP**
John J. Monaghan (admitted *pro hac vice*)
Lynne B. Xerras (admitted *pro hac vice*)
Kathleen M. St. John (admitted *pro hac vice*)
10 St. James Avenue
Boston, MA 02116
Telephone: 617-523-2700
Facsimile: 617-523-6850
john.monaghan@hklaw.com
lynne.xerras@hklaw.com
kathleen.stjohn@hklaw.com

-and-

David W. Wirt (admitted *pro hac vice*)
Phillip W. Nelson (admitted *pro hac vice*)
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Telephone: 312-263-3600
Facsimile: 312-578-6666
david.wirt@hklaw.com
phillip.nelson@hklaw.com

*Counsel for the Debtor and Debtor in Possession*

84455410.1